UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURTIS SHANE THOMPSON,<br><br>       Petitioner,<br><br>  v.<br><br>RON HAYNES,<br><br>       Respondent. | Case No. C16-1369-TSZ<br><br>ORDER DISMISSING FEDERAL HABEAS ACTION |

  The Court, having reviewed the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, docket no. 25, to which no objection was timely filed, hereby finds and ORDERS:

  (1) The Report and Recommendation is APPROVED and ADOPTED;

  (2) Petitioner's petition for writ of habeas corpus (docket no. 5) and this action are DISMISSED, with prejudice, as untimely;

  (3) Petitioner's motions for an evidentiary hearing and for appointment of counsel (docket no. 23) are STRICKEN as moot;

  (4) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED; and

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

(5)  The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Mary Alice Theiler.

DATED this 3rd day of May, 2017.

Thomas S. Zilly
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2